E. R. SPIGNER v. STATE.

No. A-776.   Opinion Filed September 5, 1911.

Appeal from Carter County Court; I. R. Mason, Judge.

PER CURIAM.   Judgment was rendered against appellant in the county court of Carter county on the 20th day of January, 1910, for a violation of the prohibitory liquor law, and he was sentenced to pay a fine of $50 and 60 days' confinement in the county jail. Appellant did not perfect his appeal in this case until the 25th day of May, 1910. As the time for perfecting the appeal had expired before the appeal was perfected, this court is without jurisdiction to consider the case, and the appeal is therefore dismissed.

JENNIE M. FOSSETT v. STATE.

No. A-929.   Opinion Filed September 5, 1911.

Appeal from Custer County Court; A. H. Latimer, Judge.

PER CURIAM.   Appellant was convicted for a violation of the prohibitory liquor law and her punishment was assessed at a fine of $50 and 30 days' confinement in the county jail. She prosecuted an appeal to this court. It having been made to appear to the satisfaction of this court that a parole was granted to appellant by the Governor of this state on the 20th day of February, 1911, said parole operated as an abandonment of the appeal and the appeal is therefore dismissed.